UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ROMAN VALENCIA ZAPATA, et al., <br><br> Petitioners, <br><br> v. <br><br> POLLY KAISER, et al., <br><br> Respondents. | Case No. 25-cv-07492-RFL <br><br> **NOTICE OF QUESTIONS FOR HEARING** <br><br> Re: Dkt. No. 4 |

The Court requests that the parties be prepared to address the following questions at the hearing on Petitioners' request for a preliminary injunction, set for September 18, 2025, at 10:00 am, in Courtroom 15 at the San Francisco Courthouse.

1. Has each of the Petitioners had a determination of inadmissibility under section 1182(a)(6)(C) or 1182(a)(7) as described in section 1225(b)(1)(A)(i)? If so, on what date?

2. Do Defendants agree that each of the Petitioners is in pending removal proceedings under section 1229a, has not had a credible fear interview, and is not in expedited removal proceedings, so section 1225(b)(1)(B)'s mandatory detention provisions do not currently apply?

3. Has an immigration officer determined that each of Petitioners is "not clearly and beyond a doubt entitled to be admitted," as provided under section 1225(b)(2)(A)? On what date did that determination occur?

4. Was each of the Petitioners provided a Notice to Appear on a Form I-862? Was the

box checked on that form for "You are an alien present in the United States who has not been admitted or paroled"? Was any other box checked?

5. Was each of the Petitioners also provided a Form I-220A stating: "You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act …, you are being released on your own recognizance"? Do Defendants agree that such a release constitutes "conditional parole" under section 1226? If so, on what basis does the government contend that Petitioners have not been "paroled" into the country?

6. Was each of the Petitioners arrested on September 4, 2025, pursuant to a Form I-200 warrant under section 1226? Was the box checked on that form for "the pendency of ongoing removal proceedings against the subject"? Was any other box checked? If Petitioners were not arrested pursuant to such a warrant, upon what basis was each Petitioner arrested?

At the hearing, each side will address each question in the sequence stated above, and then at the end, the parties will have additional time to present any additional argument that they wish the Court to hear. The parties **shall not** file written responses to this Notice of Questions.

**IT IS SO ORDERED.**

Dated: September 17, 2025

RITA F. LIN
United States District Judge