UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ROMAN VALENCIA ZAPATA, et al.,<br>Petitioners,<br>v.<br>POLLY KAISER, et al.,<br>Respondents. | Case No. 25-cv-07492-RFL<br><br>**JUDGMENT** |

**IT IS HEREBY ORDERED AND ADJUDGED:** The Petition for Writ of Habeas Corpus is **GRANTED**. The Court, therefore, **ORDERS** as follows:

Respondents shall not re-detain any Petitioner: (1) without notice and a pre-deprivation hearing before a neutral decisionmaker in which an individualized determination is made that the Petitioner poses a flight risk or danger to public safety such that they must be detained; or (2) in the absence of a material change in circumstances since the Petitioner's most recent release justifying their detention.

**IT IS SO ORDERED.**

Dated: August 27, 2026

RITA F. LIN
United States District Judge