CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7200
Facsimile: 415-436-6748
kelsey.helland@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GERARDO ROMAN VALENCIA ZAPATA, *et al.*,

Petitioners,

v.

SERGIO ALBARRAN, *et al.*,

Respondents.

Case No. 3:25-cv-7492-RFL

**STIPULATION RE: BRIEFING SCHEDULE ON PLAINTIFFS' FEE MOTION; DECLARATION OF KELSEY J. HELLAND; ~~[PROPOSED]~~ ORDER AS MODIFIED**

The Hon. Rita F. Lin

Pursuant to Civil Local Rule 6-2, the parties hereby stipulate and respectfully request that the briefing schedule on Petitioners' Motion for Award of Attorney's Fees (Dkt. 38) be continued by two weeks, according to the following schedule:

- Respondents' response to the motion due October 27, 2026;
- Petitioners' reply due November 3, 2026;
- At the Court's discretion, the hearing may either:
  - Remain scheduled for November 10, 2026;
  - Be continued to December 8, 2026 (the Court's next available civil law and motion date);
  - Be specially set at the Court's convenience; or
  - Be vacated and have the motion be decided on the papers.

Dated: October 8, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey J. Helland*[1]
KELSEY J. HELLAND
Assistant United States Attorney

*Attorneys for Respondents*

Respectfully submitted,

*/s/ Nikolas De Bremaeker*
Nikolas De Bremaeker (FL Bar 98372) PRO HAC VICE

*/s/ Alyosha Maggin*
Alyosha Maggin (SBN 359420)

*Attorneys for Petitioners*

[1] Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that all other signatories have concurred in this filing of this document.

**DECLARATION OF KELSEY J. HELLAND**

I, Kelsey J. Helland, hereby declare as follows:

1. I am counsel of record for Respondents in the above-captioned action.
2. The reasons for the requested enlargement of time are that I am currently dealing with a large volume of litigation matters, including expedited preliminary injunction briefing in the matter of *California Nurses Association v. Mullin*, No. 4:26-cv-10680-AMO, as well as multiple other hearings and briefing deadlines that have occurred or are scheduled to occur since Petitioners filed their motion and in the coming weeks. As a result, I require additional time to prepare Respondents' response to Petitioners' fee motion.
3. Following the Court's decision granting Petitioners' motion for a preliminary injunction, the Court previously continued the briefing schedule on Petitioners' habeas petition two times. *See* Dkt. 30, 32. The proposed modification would not otherwise affect the schedule for the case, because there are no further proceedings scheduled or expected in this matter.

The foregoing is true and correct under penalty of perjury. Executed on October 8, 2026, in San Francisco, CA.

_/s/ *Kelsey J. Helland*_____________
KELSEY J. HELLAND

**~~[PROPOSED]~~ ORDER AS MODIFIED**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

- Respondents' response to Petitioners' fee motion shall be due October 27, 2026;
- Petitioners' reply in support of their fee motion shall be due November 3, 2026;
- The hearing currently set for November 10, 2026, shall be continued to December 8, 2026.

Date: October 8, 2026

THE HONORABLE RITA F. LIN
UNITED STATES DISTRICT JUDGE